(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

①(a) MR. Peter Kastuchan
(b) Attorney-IN-FACT OF (a)

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

① N. DuPRee
② PATRICKSMITH
③ FIGEROA
④ BRUCEBURTON
⑤ DAVIDPIERCE ⑥ JOHN AND JANE DOES

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**Civ. Action No.** ____________
(To be assigned by Clerk's Office)

## COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

KOSTYSHYN, PETER, MR.
Name (Last, First, MI) — Aliases

451255
Prisoner ID #

JTVCC
Place of Detention

1181 PADDOCK ROAD
Institutional Address

NEWCASTLE, SMYRNA — DE — 19977
County, City — State — Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: DuPRee, N    Def 3 FIGEROA, *
Name (Last, First)

CORRECTION OFFICER →
Current Job Title

JTVCC, 1181 PADDOCK ROAD →
Current Work Address

New CASTLE, SMYRNA, DE ↗    19977
County, City    State    Zip Code

Defendant 2: SMITH, PATRICK
Name (Last, First)

LT.
Current Job Title

JTVCC 1181 PADDOCK ROAD
Current Work Address

New CASTLE, SMYRNA, DE    19977
County, City    State    Zip Code

**Defendant(s) Continued**

Defendant 4: BURTON, BRUCE
Name (Last, First)

JTVCC — CAPTAIN
Current Job Title

JTVCC, 1181 PADDOCK ROAD
Current Work Address

NEWCASTLE, SMYRNA, DE 19977
County, City State Zip Code

Defendant 5: PIERCE, DAVID DOE 6 JOHN AND JANE DOES
Name (Last, First)

WARDEN EMPLOYEES AT JTVCC
Current Job Title

JTVCC, 1181 PADDOCK ROAD →
Current Work Address

NEWCASTLE, SMYRNA, DE 19977
County, City State Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: JTVCC, 1181 PADDOCK ROAD, SMYRNA, DE 19977

Date(s) of occurrence: 12/3/16, to DATE & PRIOR 30 DAYS

State which of your federal constitutional or federal statutory rights have been violated:

U.S. CONST.'S, 42 USC 1983
I'M VIOLATED BY CONTINUED CRUEL & INHUMANE TREATMENT ABUSES.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

I attach, see P. 19, a 12/3/16 grievance which is self explanatory.

What happened to you?

Due to the threats being made against my family, me, this filing will be supplemented when safe.

Currently Def't's are Notified by the Paralegals, by the JTVCC Legal Services Administrator Michael Little, On order of DE A.G.'s office, of warden David Pierce to SEND copies of my filings to them and AS a direct result the def'ts attempt to threaten, bully, taunt, fabricate false disciplinary reports to inflict cruel & inhumane treatments upon me AND MY FAMILY, AND Attorney IN FACT, who has

Who did what?

contacted def'ts to get relieve for me from the defendants abuse of me, ONLY to have the A.I.F. barred from ANY VISITS WITH me till 1/17/2017!

the A.I.F. IS recognizes in Federal Courts and the legal document is on File in the Courts

the A.I.F. IS A TRAINED DOCTOR. AND HAS WITNESSED MY CRUEL AND IN HUMANE TREATMENTS AT the hands of Def'ts, who are INDIFFERENT and whose policy of cruel and in humane abuses are documented in the filings of CLASIUS. ROBERT M. Cape, #15-688 GMS, U.S. DISTRICT COURT.

Def't's are abusing me, I HAVE (MOSTLY) ONLY the clothes on my BACK,

I SINCE TRANSFER 8/4/16 to ISOLATION HAVE Been Denies MINIMUM Clothing ISSUE OF SOCKS, SHOES that Do NOT HAVE HOLES, BOXERS, Tee Shirts, NO wash clothes, one towel, blankets with holes, IMPOSSIBLE to keep WARM, ONE UNIFORM (ORANGE COLOR) TOP & BOTTOM, Def'ts KNOW I HAVE SKIN RASHES, HAVE AN UNIFORM that has not been WASHED FOR 1 Month 2 weeks, Because the 2ND Set I HAD never Returned FROM LAUNDRY.

Def'ts know of the odorous Uniform, LACK OF CLothing, abuses.

the Def'ts are present IN MEDICAL when I've be examined WITH a clothing on;

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

Was anyone else involved?

When medical staff has asked why no tee-shirt, I explain of none since 8/4/16, & Def'ts LAUGH!

On the stained uniform, I also explained the denial of clean clothing.

Security — the def'ts laughed!

In past they have told me to "string myself up", and they would assist!

I've reported def'ts to their supervisor and as p.'s 19, 20, & 21 exhibit & is done!

Warden Pierce even evades I.D.ing himself or his designee on denial of the grievance.

LT. PATRICK SMITH is the supervisor of N. DUPREE, FIGEROA, & he has personally attacked me, while shackled (leg) and hand cuffed causing injuries & his supervisor, BRUCE BURTON, his supervisor Warden DAVID PIERCE, all whom I've named, all whom I've asked Def'ts DuPree/Figeroa to contact, as policy requires, refuse to!

I face 28 DAYS C.T.Q.! which is now the equivalent of isolation.

Def't's refuse me mental health input at the disciplinary reports as required by Def't's policy and the order of 15-688 GMS U.S. District Court.

Take supplements when safe.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution? ☒ Yes ☐ No

Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No

If no, explain why not: See Att 4

Is the grievance process completed? ☒ Yes ☐ No

If no, explain why not: NOT GRIEVABLE, STAFF MATTERS.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

9/1/16
Enforce order of 15-688 GMS, U.S. DIST. CT. AND PROTECT ME. HAVE A STAY OF ALL 28 DAY SANCTIONS BY CONFINED TO QUARTERS UNTIL AN EVIDENTIARY HEARING IN THIS Court is held to get FACTS IF Def'ts ARE COMPLYING WITH the Courts ORDER. AND wther Prover that Cruel INHUMANE CONDITIONS, ABUSES CONTINUE TO AWARD DAMAGES.

---

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☒ Yes ☐ No

If yes, how many? NOT SURE WHAT HAS Been Received by the Courts AT JTVCC, HR YCI, MANY FILINGS DO NOT Leave the tier / POD / MAILROOM ADDRessed to the Courts.

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

12/7/16 — Dated

Mr. Peter Kostyshyn — Plaintiff's Signature

KOSTYSHYN, Peter, MR. — Printed Name (Last, First, MI)

451255 — Prison Identification #

JTVCC, 1181 PADDOCK ROAD, SMYRNA, DE 19977 — Prison Address, City, State, Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**